**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Michael H. Bagot  Jr.
Wagnor, Bagot & Rayer, LLP
601 Poydras St, #1660
New Orleans LA 70130

Christian J. St. Martin
Wagner, Bagot & Rayer, LLP
601 Poydras, Ste 1660
New Orleans LA 70130

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on March 27, 2024

**REHEARING ACTION: March 27, 2024**

**Docket Number: 23   00101-CA**

**AMERIFACTORS FINANCIAL GROUP, LLC**
**VERSUS**
**DUNHAM PRICE GROUP, LLC**

**Appealed from Calcasieu Parish Case No. 2019-4937**

**BEFORE JUDGES:**

> **Hon. Candyce G. Perret**
> **Hon. Jonathan W. Perry**
> **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Amerifactors Financial Group, LLC** has this day been

> **DENIED.**

cc: Jessica S. Allain, Counsel for the Appellee
Jefferson Randolph Tillery, Counsel for the Appellee
Shane K. Hinch, Counsel for the Appellee